RECEIVED
BY MAIL

APR 0 1 2019

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

Lisa A. Biron,
      Petitioner                )
                                 )
                                 )
                                 )
v.                               )
                                 )
                                 )
Nanette Barnes, Warden, FCI      )
Waseca, MN,                      )
      Respondent                 )
                                 )
                                 )
                                 )

## PETITION FOR A WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. § 2241

1.   The Petitioner, Lisa Biron, brings this Petition to challenge the manner in which the Federal Bureau of Prisons is executing her judgment and sentence.

2.   Specifically, Warden Nanette Barnes is imposing a condition of Ms. Biron's supervised release while she is confined under her term of imprisonment.

3.   Ms. Biron has been confined at Federal Correctional Institution, Waseca, Minnesota since February 2018.

4.   Ms. Biron is currently serving a federal sentence having been sentenced in the United States District Court for the District of New Hampshire, (case no. 1:12-CR-140-PB), and sentenced on May 23, 2013.

5.   Ms. Biron's offenses of conviction involved her then teenage-daughter, who is considered the "victim".

6.   As a "Special Condition[] of Supervision", Ms. Biron "may not directly or indirectly contact the victim or any child under age 18; and, may not loiter within 100 yards of any . . . place frequented by children." (Exhibit 1).

1

SCANNED
APR 0 1 2019
U.S. DISTRICT COURT MPLS

7.   The FBOP has been restricting contact between Ms. Biron and her daughter since the beginning of her confinement without legal justification.

8.   Ms. Biron's daughter will be twenty-one (21) years old on May 4, 2019 and has expressed the desire to visit and correspond with Ms. Biron.

9.   Warden Nanette Barnes has refused to allow any contact between Ms. Biron and Ms. Biron's daughter, and has expressly stated that the reason for this bar to contact is the "Special Condition of Supervised Release" quoted above.  (Exhibit 2, Barnes' email).

10.  Ms. Biron has attempted, unsuccessfully, to explain that supervised release conditions are not in effect until release, and that this particular condition is only applicable to a minor who is under 18 years of age. Thus, there was no point in challenging the condition at the time of sentencing because it is of no effect while confined, and because Ms. Biron's daughter would be more than 18 years old when Ms. Biron is released.

11.  Ms. Biron was sentenced to a term of 480 months imprisonment, which is likely beyond her natural lifetime.

12.  Warden Barnes expressly states in her email that because of this supervised release condition Ms. Biron will not be allowed to contact her daughter during the term of her confinement.

13.  Warden Barnes' execution of Ms. Biron's judgment and sentence violates the law.

WHEREFORE Ms. Biron requests this Honorable Court order Ms. Barnes to cease the imposition of the terms of Ms. Biron's supervised release, and grant such other relief as is deemed just and equitable.

Respectfully submitted

3/27/2019
Date

Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Verification and Certification

I hereby declare, under penalty of perjury, that the information in the foregoing Petition is true and correct, and that the original and one (1) copy of said Petition have been deposited in the inmate legal mail system, postage prepaid, on this date.

3/27/2019
Date

Lisa Biron

3