RECEIVED BY MAIL
APR 01 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date 3/28/2019

U.S. District Court
300 S. 4th St. #202
Minneapolis, MN. 55415

Dear Clerk

My Daughter Lisa Biron, Inmate number 12775049 at Waseca FBOP has filed a Habeas partition against the Warden Nanette Barnes, and this check is to cover the filing fee for that partition which was sent out on 3/27/2019 to you. If there are any questions you can reach me at 603-801-8090.

Thank you
Michael Bonczar
109 Valhalla Drive
Milford, NH 03055


SCANNED
APR 01 2019
U.S. DISTRICT COURT MPLS