RECEIVED
BY MAIL

APR 0 1 2019

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Lisa A. Biron**
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Clerk of Court                                    March 27, 2019
United States District Court
District of Minnesota
300 S. Fourth Street
202 U.S. Courthouse
Minneapolis, MN 55415

Dear Clerk:

I have enclosed, for filing with the Court, an original and one (1) copy of my Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.

The $ 5.00 filing fee will be forwarded under separate cover.

Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

SCANNED
APR 0 1 2019/MDP
U.S. DISTRICT COURT MPLS