Attn: Clerk

Mike Bonczar
109 Valhalla Drive
Milford, NH 03055

55415-228352

MANCHESTER NH 030

RECEIVED
BY MAIL

APR 01 2019

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

U.S. District Court
300 S. 4th St. #202
Minneapolis, MN. 55415

SCANNED
APR 0 1 2019 mp
U.S. DISTRICT COURT MPLS

HONORING
FIRST RESPONDERS