

Lisa Biron
Reg # 12775-049
Federal Correctional Institution Unit — D
P.O. Box 1731
Waseca, MN 56093

The enclosed letter was processed through special procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address. Date Mailed: 3/27/19

⇔12775-049⇔
U S Dist Court
District of Minnesota
300 S 4TH ST
202 U.S. Courthouse
Minneapolis, MN 55415
United States

MINNEAPOLIS MN 553
28 MAR 2019 PM 5 L

RECEIVED
BY MAIL
APR 01 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 01 2019
U.S. DISTRICT COURT MPLS

55415-225502



The enclosed letter was processed through special procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address. Date Mailed: 3/22/19