UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 19-898 (PJS/HB)

| | |
|---|---|
| Lisa A. Biron, | |
| Petitioner, | |
| v. | **NOTICE OF APPEARANCE** |
| Warden Nanette Barnes, | |
| Respondent. | |

PLEASE TAKE NOTICE that Erin M. Secord, Assistant United States Attorney, hereby notes her appearance as counsel for the Respondent with respect to the above-referenced matter.

Dated: April 3, 2019

ERICA H. MacDONALD
United States Attorney

*s/ Erin M. Secord*

BY: ERIN M. SECORD
Asst. United States Attorney
Attorney ID Number 0391789
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Erin.Secord@usdoj.gov