UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 19-898 (PJS/HB)

| | |
|---|---|
| Lisa A. Biron,<br><br>   Petitioner,<br><br> v.<br><br>Warden Nanette Barnes,<br><br>   Respondent. | **CERTIFICATE OF SERVICE** |

  I hereby certify that on April 3, 2019, I caused the following documents:

  NOTICE OF APPEARANCE and CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

  Lisa A. Biron
  Reg #12775-049
  FCI-Waseca
  P.O. Box 1731
  Waseca, MN 56093

                 *s/ Erin M. Secord*
                 Erin M. Secord
                 Assistant U.S. Attorney