# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lisa A. Biron, | Case No. 19-CV-0057 (SRN/LIB) |
| Plaintiff, | |
| v. | |
| Hugh Hurwitz et al., | |
| Defendants. | |

---

| | |
|---|---|
| Lisa A. Biron, | Case No. 19-CV-0898 (PJS/HB) |
| Petitioner, | |
| v. | |
| Nanette Barnes, Warden, FCI Waseca MN, | |
| Respondent. | |

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASES

Case No. 19-CV-0057 having been assigned to Judge Susan Richard Nelson, and Magistrate Judge Leo I. Brisbois, and Case No. 19-CV-0898 having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Hildy Bowbeer, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-CV-0898 be assigned to Judge Susan Richard Nelson and Magistrate Judge Leo I. Brisbois, nunc pro tunc, by use of the appropriate card on the Civil list of the automated case assignment system, and the Clerk

of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated July 5, 2017.

  **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 5, 2019        s/Susan Richard Nelson
                 Judge Susan Richard Nelson
                 United States District Court

Dated: April 9, 2019         s/Patrick J. Schiltz
                 Judge Patrick J. Schiltz
                 United States District Court