UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-898 (SRN/LIB)

Lisa A. Biron,

    Petitioner,

v.

Warden Nanette Barnes,

    Respondent.

NOTICE OF WITHDRAWAL AND SUBSTITUTION

PLEASE TAKE NOTICE that Andrew Tweeten, Assistant United States Attorney, hereby notes his appearance as attorney of record for Respondent Warden Nanette Barnes and that Erin M. Secord, Assistant United States Attorney, hereby withdraws her appearance for Respondent.  All parties are requested to serve all notices and papers served or filed in this case on Andrew Tweeten at the office address set forth below.  This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated:  April 12, 2019

ERICA H. MacDONALD
United States Attorney

*s/ Erin M. Secord*

BY: ERIN M. SECORD
Assistant United States Attorney
Attorney ID Number 0391789
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
erin.secord@usdoj.gov
(612) 664-5600

*s/ Andrew Tweeten*

BY:  ANDREW TWEETEN
Assistant United States Attorney
Attorney ID No. 0395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
andrew.tweeten@usdoj.gov
(612) 664-5600

Attorneys for Respondent