UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-898 (SRN/LIB)

Lisa A. Biron,   **CERTIFICATE OF SERVICE**

Petitioner,

v.

Warden Nanette Barnes,

Respondent.

I hereby certify that on April 12, 2019, I caused the following documents:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION AND CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

Addressee:

Lisa A. Biron
Reg #12775-049
FCI-Waseca
P.O. Box 1731
Waseca, MN 56093

Dated: April 12, 2019

*s/ Andrew Tweeten*
ANDREW TWEETEN
Assistant United States Attorney