# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa A. Biron, | Civ. No. 19-898 (SRN/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Nanette Barnes, | |
| Respondent. | |

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

It is hereby ORDERED that Petitioner Lisa A. Biron's habeas corpus Petition, [Docket No. 1], is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the U.S. District Courts.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: June 7, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge