## UNITED STATES DISTRICT COURT
### District of Minnesota

Lisa A. Biron

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 19-cv-898 SRN/LIB

Nanette Barnes,
Warden, FCI, Waseca, MN

Defendant(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Lisa A. Biron's habeas corpus Petition, [Docket No. 1], is DISMISSED

WITHOUT PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases

in the U.S. District Courts.

Date: 6/10/2019

KATE M. FOGARTY, CLERK

s/K. Krulas
(By)  K. Krulas, Deputy Clerk